**Order entered May 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00325-CR

### EX PARTE ZAVIER COMMINEY

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. WX18-90138-V

# ORDER

Before the Court is the State's May 9, 2019 motion to supplement the clerk's record. We **GRANT** the State's motion. We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing (1) the indictment, (2) instructions relating to preliminary initial appearance, (3) the arraignment sheet, and (4) the conditions of bond. According to the State's motion, the indictment was filed on October 23, 2018 and the other three documents were filed on September 14, 2018.

This appeal will be submitted without argument on June 14, 2019 to a panel consisting of Justices Bridges, Brown, and Nowell.

/s/     CORY L. CARLYLE
            JUSTICE